# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

January 27, 2026

*Via ECF*
The Honorable Lorna G. Schofield
United States District Judge
United States District Court, SDNY
40 Foley Square
New York, New York 10007

Application **GRANTED.**  The conference scheduled for February 3, 2026, is **ADJOURNED** to **March 10, 2026 at 3:15 P.M.**  By **March 3, 2026**, if Defendants have appeared, the parties shall file the joint letter and proposed scheduling order.  If Plaintiff has not been in contact with Defendants by that date, Plaintiff shall seek an adjournment of the conference and state whether Plaintiff intends to seek a default judgment.

Dated: January 28, 2026
　　　New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:　*Gem Still v. 1459 Story Ave. Realty Corp. et al., Case No. 1:25-cv-10435-LGS*

Dear Judge Schofield:

　　We represent plaintiff Gem Still in the above-referenced action.  We write to respectfully ask the Court to adjourn the February 3, 2026 initial pretrial conference by thirty (30) days because the defendants have not yet appeared in this action.  For the same reason we also respectfully request that the Court adjourn the parties' deadline to file a proposed scheduling order and joint letter by a corresponding number of days.

　　Plaintiff effectuated service on defendants via the Secretary of State, on January 5, 2026[1], and defendants' time to Answer expired on January 26, 2026.  Plaintiff is trying other means to obtain an appearance by the defendants.  Accordingly, plaintiff asks that the conference and the deadline to file a proposed scheduling order and joint letter be adjourned by thirty (30) days in order for plaintiff to make further efforts to have the defendants appear in this action.

　　Thank you for your consideration of this application.  With kindest regards, I am

　　　　　　　very truly yours,

　　　　　　　　/s/
　　　　　　　Robert G. Hanski, Esq.

---

[1] Plaintiff filed the affidavits of service on January 26, 2026 (ECF Nos. 7 and 8).