UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
GEM STILL,                                            :
:                        25 Civ. 10435 (LGS)
Plaintiff,          :
:                              ORDER
-against-            :
:
1459 STORY AVE. REALTY CORP. & 1459    :
MIA DELI & GROCERY LLC,                        :
:
Defendants.  :
----------------------------------------------------------- X
LORNA G. SCHOFIELD, District Judge:

WHEREAS, a hearing in this action is scheduled for May 26, 2026 for Defendants to

show cause why default judgment should not be entered.

WHEREAS, counsel for Defendant 1459 Mia Deli & Grocery LLC has entered an

appearance in this matter.  It is hereby

**ORDERED** that, by **May 21, 2026**, Defendant 1459 Mia Deli & Grocery LLC shall file

a letter stating whether it intends to seek to vacate the Certificate of Default entered February 5,

2026.  The letter shall state whether Plaintiff opposes vacatur.

Dated: May 19, 2026
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**