UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GEM STILL,                                                  :
                                        Plaintiff,          :
                                                            :          25 Civ. 10435 (LGS)
            -against-                                       :
                                                            :          **ORDER**
1459 STORY AVE. REALTY CORP. & 1459                         :
MIA DELI & GROCERY LLC,                                     :
                                        Defendants.  :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for June 9, 2026;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

**ORDERED** that the June 9, 2026, initial pretrial conference is **CANCELED**.  If the

parties believe that a conference would nevertheless be useful, they should inform the Court

immediately so the conference can be reinstated.  The case management plan and scheduling

order will issue in a separate order.  The parties' attention is particularly directed to the provisions

for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final

conference and setting of a trial date.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to

proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and

expert discovery absent compelling circumstances.

Dated: May 29, 2026
       New York, New York

_____
     **LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**