UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

GEM STILL,
Plaintiff,

-against-

1459 STORY AVE. REALTY CORP. et al.,
Defendants.

---------------------------------------------------------X

25 Civ. 10435 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered August 11, 2026, directed Defendants, by August 17, 2026, to file a letter stating why they did not participate in the preparation of the letter filed by Plaintiff on August 10, 2026, and whether Defendants have any additions or corrections to that letter.

WHEREAS, Defendants failed to file the letter. It is hereby

**ORDERED** that, as soon as possible and no later than **August 19, 2026**, Defendants shall file the letter as previously ordered. Failure to comply with Court-ordered deadlines, including the letter deadline and applicable discovery deadlines, may result in sanctions or prejudice up to and including entry of default.

Dated: August 18, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE