UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEM STILL, Plaintiff, -against- 1459 STORY AVE. REALTY CORP. et al., Defendants. | 25 Civ. 10435 (LGS) ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered August 12, 2026, referred the case to the Court-annexed Mediation Program for mediation to take place by September 18, 2026. It is hereby

**ORDERED** that, by **September 21, 2026**, the parties shall file a joint letter regarding the status of mediation. In the letter, Plaintiff shall also state whether it intends to seek a default judgment based on Defendants' failure to defend the case.

Dated: September 14, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE